**Order entered March 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01547-CR

**TIMOTHY SCOTT HARRIMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F94-01553-ML**

## ORDER

The Court **REINSTATES** the appeal.

On February 13, 2014, we ordered the trial court to make findings regarding whether appellant is entitled to court-appointed counsel and findings regarding the record. We **ADOPT** the findings that: (1) the trial court denied appellant's motion for post-conviction DNA testing on October 18, 2013; (2) appellant desires to pursue the appeal and is indigent; (3) the trial court has appointed the Dallas County Public Defender's Office to represent appellant; (4) no hearings were recorded on the motion for post-conviction DNA testing; and (5) the clerk's record was filed on February 13, 2014.

We **DIRECT** the Clerk to list Katherine Drew, Dallas County Public Defender's Office, as appellant's attorney of record.

We **STRIKE** the pro se brief received from appellant on February 10, 2014.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

We note the clerk's record does not contain the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 2013 WL 5220904 (Tex. Crim. App. Sept. 18, 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5, and to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Timothy Harriman, TDCJ No. 677187, Vance Unit, 2 Jester Road, Richmond, Texas 77406.

/s/    LANA MYERS  
       JUSTICE